STATE OF NEW JERSEY v. ROBERT X. L. WEST, *ET AL.*

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES H. MOORE.

July 7, 1971. Petition for certification denied.

ANTONIO LA FRANCO, *ET AL.* v.
SEARS, ROEBUCK & COMPANY.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS FALCO, *ET AL.*

July 7, 1971. Petition for certification granted. (See 114 *N. J. Super.* 53)

IN THE MATTER OF JERSEY CITY EDUCATION ASSOCIA-
TION, *ET AL*, CHARGED WITH CONTEMPT OF COURT.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS W. O'NEILL.

July 7, 1971. Petition for certification denied.